# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CALVIN LEE MARSHALL,
ADC #90207                                                                                                    PLAINTIFF

v.                                          5:11-cv-00239-BSM-JTK

REVONNA WALKER, et al.                                                                            DEFENDANTS

## ORDER

By Order dated September 30, 2011, this Court directed the issuance of summons and service of Plaintiff's Complaint on Defendants (Doc. No. 3). Summons was returned, unexecuted, with respect to Defendant John Whaley on October 19, 2011 (Doc. No. 5). Included with the return and filed under seal is a memo containing Defendant Whaley's last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant John Whaley, and the United States Marshal is hereby directed to serve a copy of the summons and Complaint (Doc. No. 2) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 26th day of October, 2011.

                                                                            _____
                                                                            JEROME T. KEARNEY
                                                                            UNITED STATES MAGISTRATE JUDGE