**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CALVINLEE MARSHALL,                                                                   PLAINTIFF
ADC #90207

v.                                        5:11-cv-00239-BSM-JTK

REVONNA WALKER, et al.                                        DEFENDANTS

## **ORDER**

Defendants' Motion to Stay Discovery, pending resolution of their Motions to Dismiss (Doc. No. 36) is GRANTED.

IT IS SO ORDERED this 17th day of January, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE