IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JEREMY ANTWON THOMAS,**  PETITIONER
**ADC #122990**

v.   CASE NO. 5:11CV00329 BSM/JTK

**RAY HOBBS, Director,**  RESPONDENT
Arkansas Department of Corrections

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Thomas's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1] be, and it is hereby, dismissed with prejudice. The relief prayed for is DENIED.

2. A certificate of appealability will not be issued because Thomas has not made a substantial showing of the denial of a constitutional right.

Dated this 16th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE