**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CALVIN LEE MARSHALL**                                                  **PLAINTIFF**
**ADC # 90207**

**v.**             **CASE NO. 5:11CV00239 BSM/JTK**

**REVONNA WALKER, et al.**                                      **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 73] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiff Calvin Lee Marshall's motion for declaratory judgment, temporary restraining order, and preliminary injunction [Doc. No. 70], which is construed as a motion for preliminary injunctive relief, is denied.

Dated this 4th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE