**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CALVIN LEE MARSHALL**                                                 **PLAINTIFF**
**ADC # 90207**

v.                   **CASE NO. 5:11CV00239 BSM**

**REVONNA WALKER, et al.**                                            **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition [Doc. No. 98] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT defendants' motion for summary judgment [Doc. No. 88] is granted, and this case is dismissed with prejudice.

Dated this 18th day of June 2013.

                                                                */s/ Brian S. Miller*
                                                        UNITED STATES DISTRICT JUDGE